No. 553, Misc. PRAVATO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. ▮

No. 562, Misc. MORRIS v. JOHNSON, COUNTY JUDGE. Supreme Court of Texas. Certiorari denied. Petitioner *pro se. Robert J. Hearon, Jr.* and *Ireland Graves* for respondent. ▮

No. 575, Misc. HUIZAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Foley, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 597, Misc. HUNTER v. NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 608, Misc. McCANTS v. WILKINS, WARDEN, ET AL. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Louis J. Lefkowitz,* Attorney General of New York, *Paxton Blair,* Solicitor General, and *George K. Bernstein* and *Frederick E. Weeks, Jr.,* Assistant Attorneys General, for respondents.

No. 620, Misc. RINEHART v. FLORIDA. District Court of Appeal of Florida, Second Appellate District. Certiorari denied. *Hal S. Ives* for petitioner. ▮

No. 628, Misc. IN RE WARNER. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Acting Assistant Attorney General Doar* and *Harold H. Greene* for the United States in opposition.